No. 9361. L. W. BUSCH, PLAINTIFF AND APPELLANT, *v.* JOHN LIND, Jr., and MOLLIE LIND, husband and wife, DEFENDANTS AND RESPONDENTS.

263 Pac. (2d) 320.

Decided November 23, 1953.

*Young, Martin & Young,* Forsyth, for Appellant.

*Hansen, Jones & Culver,* Baker, for Respondents.

MR. CHIEF JUSTICE ADAIR:

Respondents' motion to dismiss appeal and appellant's praecipe for dismissal thereof having been filed,

It is ordered that the above entitled cause be dismissed with prejudice.